# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>RATTPACK & CO,<br><br>Defendant. | Adv. Pro. No. 25-50196 (KBO)<br><br>**Related Adv D.I.: 1 & 3** |

## NOTICE

**PLEASE TAKE NOTICE** that the above-captioned Plaintiff hereby attaches proof of service upon the above-captioned Defendant of the complaint and related summons [Adv. D.I. 1, 3] giving rise to this adversary proceeding, in accordance with the laws of Austria under Article 5 of the Hague Service Convention. The attached constitutes a formal Hague Certificate of Service issued by Austria.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

Dated: February 10, 2026                                            **SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee*