# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
### *ATTESTATION*

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. dass der Antrag erledigt worden ist***
   that the document has been served*
   *que la demande a été exécutée**

| | |
|---|---|
| — **am (Datum):** the (date) / *le (date)* : | 17.10.2025 |
| — **in (Ort, Straße, Nummer):** at (place, street, number) / *à (localité, rue, numéro)* : | Welloch 1, 6850 Dornbirn, Austria. |
| — **in einer der folgenden Formen nach Artikel 5:** in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5* : | |
| ☐ a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *)** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐ b) **in der folgenden besonderen Form*:** in accordance with the following particular method*: *selon la forme particulière suivante** : | |
| ☐ c) **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** | |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à* :

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : *Identité et qualité de la personne* : | Rathpach & Co |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | |

☐ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
   that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants** :

| |
|---|
| |

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

*Anlagen*
Annexes / *Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: *Pièces renvoyées* : | |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution* : | |

* Wenn zutreffend
  if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Dornbirn Done at / *Fait à* **am** 30.10.2025 the / *le* | **Unterschrift und/oder Stempel** Signature and/or stamp / *Signature et / ou cachet* U. Kalling [Stamp: BEZIRKSGERICHT] |

| Gerichtsabteilung: 001 | BG Dornbirn (920) | | | 20 Hc 156/25 h |
|---|---|---|---|---|
| 15.10.2025  N | Note - ON 1 | | | |

| ON/Beilage | Bezeichnung | Inh.e. | Ordner | Datum | Zeichen (Einbringer) |
|---|---|---|---|---|---|
| | Belehrung | | Eingang | 15.10.2025 | |

**am 15. Oktober 2025**

ZV

1.SO   Rattpack & Co; Welloch 1, 6850 Dornbirn; (RSB, Hybrid lokal); BB00BLJ920250095499251
Physische Sendung erhalten am 16.10.2025
Statusrückmeldung ausständig per 28.10.2025
Zugestellt am 17.10.2025
Übernahmeverhältnis: Empfänger (Rattpack & Co)
Zustellkarte anzeigen

## Verständigung über die Hinterlegung eines behördlichen Dokuments  RSb

| | |
|---|---|
| Empfänger/Empfängerin: | Rattpack & Co<br>Welloch 1, 6850 Dornbirn |
| Absender/Absenderin: | Bezirksgericht Dornbirn<br>Kapuzinergasse 12, 6850 Dornbirn |
| Identifikationsnr./GZ | 20 Hc 156/25h - 1 |

Heute konnte Ihnen ein

☐ zu eigenen Handen zuzustellendes behördliches Dokument (z.B. RSa-Brief)

☐ behördliches Dokument (z.B. RSb-Brief)

an Ihrer Abgabestelle nicht zugestellt werden. **Das Dokument wird daher hinterlegt.**

### WO und WANN können Sie Ihr Dokument abholen?

Ort:

Geöffnet:

Abholbereit ab:   heute 16:30 Uhr oder   MO  DI  MI  DO  FR   ab 9:00 Uhr

von          Zustellbezirk 6850    Namenszeichen Zusteller/in, Datum
bis          Zustellbasis  6850

Bitte bringen Sie **diese Verständigung** und einen **amtlichen Lichtbildausweis** mit.

### Übernahmebestätigung

zugestellt
Übernahmeverhältnis: Empfänger

Persönlich bekannt

Unterschrift

Übernahmedatum: 1 7 1 0 2 0 2 5

Namenszeichen Postbedienstete/r
**Zustellung beurkundet gem. ZustellG § 22 Abs. 1**
durch Zusteller mit der Personalnummer: 00101907
BB00BLJ920250095499251

Beachten Sie bitte die Rückseite!

V 1.1.0 - 10/23/2025 2:17:55 PM

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>Identité et adresse du requérant<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br>Federal Ministry of Justice (Bundesministerium für Justiz) Section I - Civil Law<br>Division 10 - International Personal and Family Law<br>Museumstraße 7, 1070 Vienna<br>AUSTRIA<br>Tel.: +43 1 52 1 52 - 0 Fax: + 43 1 52 1 52 - 2629 |
|---|---|

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(Name und Anschrift)
(identity and address) / (identité et adresse)
Rattpack & Co.
Welloch 1
6850 Dornbirn, Austria

☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*)
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)*):
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:
_____

☐ c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

### Verzeichnis der Schriftstücke
List of documents / Énumération des pièces

- Hague Summary with Warning Page
- Summons
- Notice of Dispute Resolution Alternatives
- Complaint for Avoidance and Recovery of Transfers, with Exhibit A
- 
- Case No. 23-10253 (KBO)/Adv. Proc. No. 25-50196 (KBO)

* Wenn zutreffend.
if appropriate / s'il y a lieu

| Ausgefertigt in Portland, Oregon, USA<br>Done at / Fait à<br>am 6 October 2025<br>the / le | Unterschrift und / oder Stempel<br>Signature and/or stamp / Signature et / ou cachet |
|---|---|

Stamp: BUNDESMINISTERIUM JUSTIZ  Eingelangt: - 8. OKT. 2025  1 fach  Blg.  TEAM Z 117.866  Akten