# EXHIBIT A

**Proposed Order**

57292697.1
393059-00001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RATTPACK & CO.,<br><br>Defendant. | Adv. Proc. No. 25-50196 (KBO)<br><br>**Re: Adv. D.I. 1, 3, 4, 5, & \_\_\_** |

**ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
7012(A)(2) SETTING DEADLINE FOR DEFENDANT TO ANSWER OR
<u>OTHERWISE RESPOND TO COMPLAINT</u>**

Upon consideration of the *Motion of Chapter 7 Trustee for Order Pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2) Setting Deadline for Defendant to Answer or Otherwise Respond to the Complaint*; it is **HEREBY ORDERED**, pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2), that:

1. Defendant's deadline to answer or otherwise respond to the Complaint is March 16, 2026, without prejudice to seek further extensions.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

57292697.1
393059-00001

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.