**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RATTPACK & CO.,<br><br>Defendant. | Adv. Pro. No. 25-50196 (KBO)<br><br>**Related Adv D.I.**: 5 |

**CERTIFICATE OF SERVICE RE ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(A)(2) SETTING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

  I, Evan T. Miller, hereby certify that, on February 27, 2026, I caused a copy of *Order Pursuant To Federal Rule Of Bankruptcy Procedure 7012(A)(2) Setting Deadline For Defendant To Answer Or Otherwise Respond To Complaint* to be served on the Defendant as set forth below.

  **Via International First-Class United States Mail:**
Rattpack & Co.
Welloch 1 6850
Dornbirn, Austria

              */s/ Evan T. Miller*
              Evan T. Miller (DE Bar No. 5364)

---

[1]  The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57378400.1
396939-00001

2

SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

57378400.1
396939-00001                              2